UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-118 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JUSTIN WOLESLAGLE, | : | |
| Defendant. | : | |

## DETENTION ORDER

    This case came before the Court on October 27, 2022 for a detention hearing via GoToMeeting. Attorney Thomas Landry participated on behalf of the Government. Defendant was present at the hearing via video and was represented by Attorney Matthew Sullentrop. The hearing was held on the Government's motion for pretrial detention (Doc. #7), *i.e.*, for a determination of whether any condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the Defendant and the safety of the community. In making the determination regarding pretrial detention, the Court heard argument from counsel and reviewed a report from Pretrial Services.

    For the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure Defendant's appearance as required and/or the safety of the community.

    The Government's motion for pretrial detention (Doc. #7), therefore, is **GRANTED.**

    Accordingly, it is hereby **ORDERED** that:

1. The Defendant be committed to the custody of the Attorney General of the United States for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On Order of a Court of the United States, or upon request of an attorney for the United States, the person in charge of the facility in which the Defendant is confined deliver the Defendant to a United States Marshal or his deputy for the purpose of an appearance in connection with a court proceeding.

Defendants who appeal to a United States District Judge from this Order must, at the same time as filing the appeal, order a transcript of the detention hearing.

**IT IS SO ORDERED.**

October 28, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge