UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-118

vs.

JUSTIN WOLESLAGLE,                   District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 24)

        This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Justin Woleslagle's guilty plea.  Doc. No. 24.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to counts one and two of the indictment currently pending against him and finds him guilty as charged of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and committing social security number fraud, in violation of 43 U.S.C. § 408(a)(7)(B).  *See* Doc. No. 4.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

  April 17, 2023                                    s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge